# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 16-7310-JGB (JEM) | Date | April 11, 2017 |
| Title | RAPHAEL M JOHNSON v DOUGLAS DUNCAN | | |

Present: The Honorable John E. McDermott, United States Magistrate Judge

S. Anthony
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:
None

Attorneys Present for Defendants:
None

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE

    On February 27, 2017, the Court issued an Order directing the Plaintiff to file a First Amended Complaint ("FAC") within thirty (30) days of the date of the order. (Docket No. 6). To date, Plaintiff has not file a FAC.

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and failure to comply with a court order.

    Plaintiff shall file a written response to this Order to Show Cause no later than April 28, 2017.[1] Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

    Filing of a FAC consistent with the requirements of the February 27, 2017 Order shall be a satisfactory response to the Order to Show Cause. No extensions of this deadline will be granted absent extraordinary circumstances.

cc: Parties

                                                                             :

Initials of Preparer    sa

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court. Upon the filing of a Response, the Order to Show Cause will stand submitted.