# JS - 6

# O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL M. JOHNSON, | Case No. CV 16-7310-JGB (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| DOUGLAS DUNCAN, | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: September 26, 2017

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE